IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                        CHIEF JUDGE WILEY Y. DANIEL

---

Courtroom Deputy:   Robert R. Keech          Date:   January 7, 2009
E.C.R./Reporter:    Therese Lindblom

---

Civil Action No: **08-cv-02146-WYD-KLM**      Counsel:

**HARRY R. FOWLER**,                          Pro Se

      Plaintiff,

v.

**WERNER ENTERPRISES**,                       Walter V. Siebert

      Defendant.

---

## COURTROOM MINUTES

---

**HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE**

**3:00 p.m.**   Court in Session

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

           Defendant's Amended Motion to Transfer Venue (doc. #8), filed November 20, 2008, is raised for argument.

3:01 p.m.   Argument by Plaintiff (Mr. Fowler).

3:10 p.m.   Argument by Defendant (Mr. Siebert).

3:26 p.m.   Argument by Plaintiff (Mr. Fowler).

**ORDERED:**   Defendant's Amended Motion to Transfer Venue (doc. #8), filed November 20, 2008, is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Parties shall engage in discovery and Plaintiff shall file amended disclosures within **ten (10) days.**

**3:36 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:36**